1468

## RECONSIDERATION OF PRIOR DECISIONS

**2006–0582.   E.B. v. T.J.**
Cuyahoga App. No. 86399, 2006-Ohio-441. Reported at 109 Ohio St.3d 1507, 2006-Ohio-2998, 849 N.E.2d 1028. On motion for reconsideration. Motion denied.

**2006–0608.   State v. Scruggs.**
Hamilton App. No. C–040614. Reported at 109 Ohio St.3d 1508, 2006-Ohio-2998, 849 N.E.2d 1028. On motion for reconsideration. Motion denied.

**2006–0653.   Architectural Interior Prod., Inc. v. Miarer Transp., Inc.**
Muskingum App. No. CT2005–0052, 2006-Ohio-824. Reported at 109 Ohio St.3d 1508, 2006-Ohio-2998, 849 N.E.2d 1029. On motion for reconsideration. Motion for reconsideration denied. Motion to strike motion for reconsideration denied as moot.

**2006–0728.   State v. Lohmeyer.**
Lucas App. No. L–05–1059. Reported at 109 Ohio St.3d 1508, 2006-Ohio-2998, 849 N.E.2d 1029. On motion for reconsideration. Motion denied.

**2006–0795.   State ex rel. Grundstein v. Greene.**
In Mandamus and Prohibition. Reported at 109 Ohio St.3d 1504, 2006-Ohio-2998, 849 N.E.2d 1026. On motion for reconsideration. Motion denied. Motion to resubmit denied.